U.S. Bankruptcy Court
Middle District North Carolina
Adv. Proc. No. 10-9110


James Clifford Lilley
        Plaintiff(s)


vs.


Wells Fargo, N.A., Option One Mortgage Loan Trust
2007-5, Asset Backed Certificate, Loan Lenders of America,
Inc., Right-Away Mortgage, Inc., Fidelity National Title
Company, Mortgage Electronic Registration Systems, Inc.,
And American Home Mortgage Servicing, Inc.
        Defendant(s)

Form B 250B (12/09)

# United States Bankruptcy Court
## Middle District Of North Carolina

In re James Clifford Lilley,
Debtor

James Clifford Lilley,
vs. Plaintiff

Wells Fargo, N.A. et al. (see Attached top page for complete list of Defendants),
Defendant

Case No. 10-81078

Chapter 13

Adv. Proc. No. 10-9110

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| Address of Clerk: | Reid Wilcox, Clerk<br>U.S. Bankruptcy Court<br>PO Box 26100<br>Greensboro, NC  27402-6100 |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney & Bankruptcy Administrator.

| Name and Address of Plaintiff's Attorney<br>Koury Lee Hicks<br>Ste. D<br>1738 Hillandale Rd<br>Durham, NC 27705 | **Name and Address of<br>Bankruptcy Administrator**<br>Michael West<br>Bankruptcy Administrator<br>PO Box 1828<br>Greensboro, NC  27402 |
|---|---|

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address:<br>United States Bankruptcy Court<br>Venable Center, Dibrell Building - Suite 280<br>302 East Pettigrew Street, Durham, NC  27701 | Room: Courtroom<br>Date and Time<br>Jan. 20, 2011 at 11:00 a.m. |
|---|---|

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Reid Wilcox
*Clerk of the Bankruptcy Court*

November 8, 2010
Date

By: Tonya Doucette
Deputy Clerk