UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:
JAMES CLIFFORD LILLEY

Bankruptcy Case No.: 10-81078

Soc. Sec. No. xxx-xx-0028
Mailing Address: 2921 Intercross Road, Durham, NC 27704-

                              Debtor.

JAMES CLIFFORD LILLEY

                       Plaintiff,    A.P. No.:

**vs.**

WELLS FARGO, N.A.;

OPTION ONE MORTGAGE LOAN TRUST 2007-5, ASSET BACKED CERTIFICATES;

LOAN LEADERS OF AMERICA, INC.;

RIGHT-AWAY MORTGAGE INC.;

FIDELITY NATIONAL TITLE COMPANY;

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**;**

AMERICAN HOME MORTGAGE SERVICING, INC.;

                            Defendants.

**CERTIFICATE OF SERVICE**

I, Renee Nolte, certify that service of the **Summons** issued in this adversary proceeding, together with a copy of the **Complaint**, was made on November 15, 2010, by electronic notice on the following parties:

| | |
|---|---|
| Richard M. Hutson, II | Michael D. West |
| Chapter 13 Trustee | Bankruptcy Administrator |
| Post Office Box 3613 | Post Office Box 1828 |
| Durham, N C 27702 | Greensboro, NC 27402 |

and also by **certified mail, return receipt requested**, addressed to:

| | |
|---|---|
| Kimberly A. Sheek, Esq.<br>Attorney for the Defendant<br>American Home Mortgage Servicing, Inc.<br>Shapiro & Ingle LLP<br>10130 Perimeter Parkway, Suite 400<br>Charlotte, NC 28216 | Fidelity National Title<br>**ATTN: Managing Agent**<br>601 Riverside Avenue<br>Jacksonville, FL 32204 |
| Pamela Wachter McAfee, Esq.<br>Nelson Mullins Riley & Scarborough LLP<br>GlenLake One, Suite 200<br>4140 Parklake Avenue, Raleigh, North Carolina 2761 | Loanleaders of America, Inc.<br>c/o Martin Foigelman<br>Registered Agent<br>3 Macarthur Place, Suite 650<br>Santa Ana CA 92707 |
| Mortgage Electronic Registration Systems<br>**Attn: Managing Agent**<br>1818 Library Street, Suite 300<br>Reston, VA 20190 | Right-Away Mortgage, Inc.<br>**Attn: Managing Agent**<br>10833 Valley View St. Ste 500<br>Cypress CA 90630 |
| Wells Fargo Bank, N.A.<br>**ATTN: General Counsel**<br>45 Fremont Street,<br>27th Floor San Francisco, CA 94104 | |

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: 11/15/2010

/s Renee Nolte

Renee Nolte