UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| JAMES CLIFFORD LILLEY, | ) Case No. 10-81078 |
| | ) |
| Debtor. | ) |
| | ) |
| JAMES CLIFFORD LILLEY, | ) Adv. Pro. No. 10-09110 |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| WELLS FARGO, N.A., | ) |
| OPTION ONE MORTGAGE LOAN TRUST | ) |
| 2007-5 ASSET BACKED CERTIFICATE, | ) |
| LOAN LEADERS OF AMERICA, INC., | ) |
| RIGHT-AWAY MORTGAGE, INC., | ) |
| FIDELITY NATIONAL TITLE COMPANY, | ) |
| MORTGAGE ELECTRONIC | ) |
| REGISTRATION SYSTEMS, INC., AND | ) |
| AMERICAN HOME MORTGAGE | ) |
| SERVICING, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DEFENDANTS WELLS FARGO, N.A. AND AMERICAN HOME MORTGAGE SERVICING, INC.'S MOTION TO DISMISS AND OBJECTION TO FAILURE TO JOIN A REQUIRED PARTY**

Defendants Wells Fargo, N.A., as Trustee for Option One Mortgage Loan Trust 2007-5 Asset Backed Certificates, Series 2007-5 (the "Trust") and American Home Mortgage Servicing, Inc., Servicer for the Trust ("AHMSI") (collectively "Defendants"), by and through their undersigned attorneys, respectfully move this Court to dismiss the Complaint filed by the Plaintiff, James Clifford Lilley, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, made applicable in this adversary proceeding by Rule 7012(b) of the Federal Rules of

Bankruptcy Procedure.  Further, the Defendants object to the Plaintiff's failure to join a required party pursuant to Rule 19 of the Federal Rules of Civil Procedure, made applicable to this adversary proceeding by Rule 7019 of the Federal Rules of Bankruptcy Procedure.  In support of this Motion and Objection, the Defendants respectfully submit herewith a Memorandum of Law.

WHEREFORE, Defendants respectfully request that this Court dismiss the Complaint with prejudice, or, if the Complaint is not dismissed, require the joinder of Nancy B. Cook as a party, that the costs of this action be taxed to the Plaintiff, and that the Court grant such other relief as the Court deems just and proper.

Respectfully submitted this, the 28th day of January, 2011.

NELSON MULLINS RILEY & SCARBOROUGH LLP


By: /s/ Pamela W. McAfee
   Pamela W. McAfee
   N.C. State Bar No. 21096
   E-mail: pam.mcafee@nelsonmullins.com
   Kelli Goss Hopkins
   N.C. State Bar No. 36824
   E-mail: kelli.hopkins@nelsonmullins.com
   4140 Parklake Avenue, Suite 200
   GlenLake One / Second Floor
   Raleigh, North Carolina 27612
   Telephone; (919) 877-3800
   Facsimile: (919) 877-3799

*Attorneys for Defendants Wells Fargo Bank, N.A., as Trustee for Option One Mortgage Loan Trust 2007-5 Asset Backed Certificates, Series 2007-5 and American Home Mortgage Servicing, Inc.*

# CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true copy of the foregoing document was served on the parties indicated below by depositing copies thereof in a depository under the exclusive care and custody of the United States Postal Service in postage prepaid envelopes designating delivery by First Class Mail and properly addressed as follows:

*Bankruptcy Administrator:*
Michael D. West
P.O. Box 1828
Greensboro, NC 27402

*Chapter 13 Trustee:*
Richard M. Hutson, II
Chapter 13 Office
302 East Pettigrew St., Suite B-140
P. O. Box 3613
Durham, NC 27702

*Debtor/Plaintiff:*
James Clifford Lilley
2921 Intercross Road
Durham, NC 27704

*Counsel for Debtor/Plaintiff:*
Koury Lee Hicks, Esquire
The Law Offices of John T. Orcutt
Suite D
1738 Hillandale Road
Durham, NC 27705

*Defendant:*
Mortgage Electronic Registration Systems, Inc.
1818 Liberty Street
Suite 300
Reston, VA 20190

*Defendant:*
Loan Leaders of America, Inc.
c/o Martin Foigelman
3 MacArthur Place
Suite 650
Santa Ana, CA 92707

*Defendant:*
Right-Away Mortgage, Inc.
10833 Valley View Street
Suite 500
Cypress, CA 90630

*Counsel for Defendant Fidelity National Title Group:*
William C. Smith, Jr.
Manning Fulton & Skinner, P.A.
3605 Glenwood Ave., Suite 500
P.O. Box 20389
Raleigh, NC 27619-0389

This 28th day of January, 2011.

                                           */s/ Pamela W. McAfee*
                                           Pamela W. McAfee