UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| James Clifford Lilley, ) | Case No. 10-81078C-13D |
| ) | |
| Debtor. ) | |
| _____) | |
| ) | |
| James Clifford Lilley, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adversary No. 10-9110 |
| ) | |
| Wells Fargo, N.A., et al., ) | |
| ) | |
| Defendants. ) | |

ORDER

In accordance with the memorandum opinion which is being filed contemporaneously herewith, it is ORDERED that:

(1) The Plaintiff shall join Nancy B. Cook as a party to this proceeding within 30 days of the date of this order, or otherwise this proceeding shall be dismissed effective upon the expiration of the 30 days; and

(2) Except as provided above, the motion to dismiss filed by Wells Fargo, N.A. and American Home Mortgage Servicing, Inc. is hereby DENIED.

This 12th day of April, 2011.

_____
WILLIAM L. STOCKS
United States Bankruptcy Judge

PARTIES IN INTEREST

Koury Lee Hicks, Esq.
1738 Hillandale Road, Suite D
Durham, NC 27705

Pamela W. McAfee, Esq.
4140 Parklake Avenue
Raleigh, NC 27612

William C. Smith, Jr.
P.O. Box 20389
Raleigh, NC 27619-0389

Richard M. Hutson, II, Trustee