UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

IN RE:                                     )
                                           )
James Clifford Lilley,                     )   Case No. 10-81078C-13D
                                           )
        Debtor.                            )
                                           )
_____        )
                                           )
James Clifford Lilley,                     )
                                           )
        Plaintiff,                         )
                                           )
v.                                         )   Adversary No. 10-9110
                                           )
Wells Fargo, N.A., Option One              )
Mortgage Loan Trust 2007-5,                )
Loan Lenders of America, Inc.,             )
Right-Away Mortgage, Inc.,                 )
Fidelity National Title                    )
Company, Mortgage Electronic               )
Registration Systems, Inc.,                )
American Home Mortgage                     )
Servicing, Inc. and Nancy B.               )
Cook,                                      )
                                           )
        Defendants.                        )

ORDER

Having previously concluded in the memorandum opinion and order filed on April 13, 2011, that Nancy B. Cook is a required party in this adversary proceeding, it is ORDERED as follows:

(1) the motion by the plaintiff to join Nancy B. Cook as a party to this adversary proceeding is granted;

(2) Nancy B. Cook is hereby added as a party to this adversary proceeding;

(3) a summons directed to Nancy B. Cook shall be issued forthwith; and

(4) the plaintiff shall cause such summons, a copy of the complaint in this adversary proceeding and a copy of this order to be served on Nancy B. Cook within ten days after the issuance of such summons as provided in Rule 7004 of the Federal Rules of Bankruptcy Procedure.

This 13th day of May, 2011.

_____
WILLIAM L. STOCKS
United States Bankruptcy Judge