Form B 250C (12/09)

# United States Bankruptcy Court
## Middle District Of North Carolina

In re James Clifford Lilley, 
       Debtor

Case No. 10-81078

Chapter 13

James Clifford Lilley
  vs.    Plaintiff

Wells Fargo, N.A., Option One Mortgage Loan Trust 2007-5, Loan Lenders of America, Inc., Right-Away Mortgage, Inc., Fidelity National Title Company, Mortgage Electronic Registration Systems, Inc., Defendant American Home Mortgage Servicing, Inc., and Nancy B. Cook

Adv. Proc. No. 10-9110

## SUMMONS AND NOTICE OF TRIAL IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:  Reid Wilcox, U.S. Bankruptcy Court
                             101 S. Edgeworth St., PO Box 26100
                             Greensboro, NC 27420-6100

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.
and the Bankruptcy Administrator

Name and Address of Plaintiff's Attorney: Koury Lee Hicks
B.A.: Michael D. West
POB 1828
Greensboro, NC 27402

Suite D, 1738 Hillandale Rd.
Durham, NC 27705

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a trial of the proceeding commenced by the filing of the complaint will be held at the following time and place:

Address: Venable Center/Dibrell Bldg. Room: Suite 280
         302 E. Pettigrew St.,    Date and Time: July 14, 2011
         Durham, NC                        at 11:00 a.m.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

                             Reid Wilcox  (Clerk of the Bankruptcy Court)

Date: 05/13/2011  By: Christine Hamrick (Deputy Clerk)

# CERTIFICATE OF SERVICE

I, _____ (name), certify that service of this summons and a copy of the complaint was made _____ (date) by:

☐ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____   Signature _____

Print Name : _____

Business Address: _____