Form B 250B (12/09)

# United States Bankruptcy Court
## MIDDLE District Of NORTH CAROLINA

In re James Clifford Lilley,
Debtor

Case No. 10-81078

Chapter 13

James Clifford Lilley
Plaintiff
vs.
Wells Fargo, N.A., Option One Mortgage Loan
Trust 2007-5, Loan Lenders of America, Inc.,
Right-Away Mortgage, Inc., Fidelity National
Title Company, Mortgage Electronic Registration
Systems, Inc., Defendant
American Home Mortgage Servicing, Inc., and
Nancy B. Cook

Adv. Proc. No. 10-9110

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:  Reid Wilcox, Clerk
U.S. Bankruptcy Court
101 S. Edgeworth St., PO Box 26100
Greensboro, NC 27420-6100

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.
and the Bankruptcy Administrator.
Name and Address of Plaintiff's Attorney:

Bankruptcy Administrator: Michael D. West       Plaintiff's Attorney: Koury Lee Hicks
POB 1828                                                              Suite D
Greensboro, NC 27402                                          1738 Hillandale Rd.
                                                                              Durham, NC 27705

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

Address:                                                    Room: Suite 280
Venable Center/Dibrell Building          Date and Time: July 14, 2011
302 E. Pettigrew St.                                                  at 11:00 a.m.
Durham, NC

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Reid Wilcox (Clerk of the Bankruptcy Court)

Date: 5/13/2011            By: Christine P. Hamrick (Deputy Clerk)

# CERTIFICATE OF SERVICE

1. I, _____ (name), certify that service of this summons and a copy of the complaint was made _____ (date) by:

☐ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____   Signature _____

Print Name : _____

Business Address: _____
_____
_____