# CERTIFICATE OF SERVICE

I, _Koury L. Hicks_ (name), certify that service of this summons and a copy of the complaint was made _May 23, 2011_ (date) by:

- [x] Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to: Nancy Cook
  2921 Intercross Rd.
  Durham NC 27704

- [ ] Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

- [ ] Residence Service: By leaving the process with the following adult at:

- [ ] Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

- [ ] Publication: The defendant was served as follows: [Describe briefly]

- [ ] State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _5/23/2011_   Signature _Koury Hicks_

Print Name : _Koury L. Hicks_
             _Bar # 36204_

Business Address: _1738 Hillandale Rd Ste. D_
                  _Durham NC 27705_