In Case No. 10-81078          Adversary No. 10-9110

I Nancy B. Cook swear I did not sign said Quitclaim Deed or authorize anyone to do so.

*Nancy B. Cook*

Copies have been mailed to; By first class mail.

Koury L. Hicks
Office of John T. Orcutt
1738 Hillandale Road Ste D
Durham, N.C. 27705


Pamela W. McAfee
Nelson Mullens Riley & Scarborough LLP
P.O. Box 30519
Raleigh, N.C. 27622-0519

William C. Smith, Jr.
Manning Fulton & Skinner, P.A.
3605 Glenwood Ave. Suite 500
P.O. Box 20389
Raleigh, N.C. 27619-0389


Nancy B. Cook
6/13/11